UNITED STATES DISTRICT COURT
FILED
MAR 2 0 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**MICHAEL BRYLINSKI,**
Plaintiff,

v.

**CLAIR GLOBAL CORPORATION,**
Defendant.

---

**AMENDED COMPLAINT**
Civil Action No: 1:26-cv-00304

## I. INTRODUCTION

1. This action arises from Defendant **Clair Global Corporation**'s („ Clair„) intentional and improper interference with Plaintiff's established and prospective business relationships in the live concert touring industry.

2. Plaintiff **Michael Brylinski** is a highly experienced touring audio technician with over a decade of work on major international concert tours, including engagements with Alanis Morissette, Nickelback, and Anuel AA.

3. Clair is a dominant vendor in the concert touring industry, providing state-of-the-art audio systems, equipment, and technical staffing for major productions. Clair exercises substantial control over hiring and engagement decisions, effectively controlling access to professional opportunities in the field.

4. Clair expressly acknowledged Plaintiff's unique and essential role in its proprietary systems, stating: „ Clair Global is providing state-of-the-art audio equipment for the Alanis Morissette tour... His attendance on this tour is critical and essential to the success of the project as he has unique knowledge of our proprietary audio equipment.„ (Exhibit D)

5. Despite this acknowledgment, Clair engaged in coercive, retaliatory, and obstructive conduct designed to interfere with Plaintiff's ongoing and prospective professional opportunities.

6. As a direct and proximate result of Clair's misconduct, Plaintiff has suffered substantial economic losses, including loss of past income exceeding $209,700, and anticipates additional losses in future touring income.

## II. PARTIES

7. Plaintiff **Michael Brylinski** is an individual residing in New York, and proceeds pro se in this action.

8. Defendant **Clair Global Corporation** is a Pennsylvania corporation with its principal office in Lititz, Pennsylvania, providing audio production services for major concert tours worldwide.

## III. JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction under 28 U.S.C. §1332 because this action is between citizens of different states and the amount in controversy exceeds $75,000.

10. Venue is proper under 28 U.S.C. §1391 because a substantial part of the events giving rise to Plaintiff's claims occurred in this District.

## IV. FACTUAL ALLEGATIONS

### A. Plaintiff's Touring Career

11. Plaintiff has over a decade of experience as a professional touring audio technician, specializing in live sound engineering, Pro Tools operation, RF Coordination / Operation, and management of proprietary audio systems.

12. The concert touring industry is tightly knit; vendors like Clair exercise significant influence over hiring, staffing, and engagement decisions.

13. Rehiring and ongoing employment depend on an individual's professional reputation, prior performance, and referrals from industry decision-makers.

### B. Contractual Relationship with Defendant

14. On May 22, 2022, Plaintiff entered into an Independent Contractor Agreement with Clair to provide audio technical services for specific touring engagements.

15. On May 27, 2022, Clair confirmed Plaintiff's role and responsibilities, explicitly acknowledging that Plaintiff's attendance was critical to the success of the Alanis Morissette tour due to his unique knowledge of Clair's proprietary audio equipment (Exhibit D).

16. At all relevant times, Clair's employees and agents, including Fabian Giordano, Leon Hopkins, Robert„ Koz„ Kosloskie, Colleen Schreiner, Mary Falardeau, and others, acted within the scope of their authority on behalf of Clair.

**C. Successful Touring Engagements**

17. Plaintiff performed successfully on multiple prior engagements:

- **June 4, 2022** – Alanis Europe 2022 Tour
- **August 19, 2022** – Seventeen Tour – Pro Tools Operator
- **October 12, 2022** – Alanis Fall 202 One Offs - Positive correspondence with Don Muzquiz and Laura Strayer regarding performance quality (Exhibit F)
- **December 10, 2022** – Phil Lesh Show – Pro Tools Operator, Asheville, NC
- **March 13, 2023** – Nickelback Engagement – Junos Vancouver / Good Morning America NYC

**D. Retaliatory and Coercive Conduct**

18. On February 15, 2023, Plaintiff experienced interference and/or miscommunication from Clair in communications with Leon Hopkins, often impacting workflow (Exhibit G).

19. On April 25, 2023, Plaintiff began the Anuel AA tour in Orlando, FL.

20. On April 27, 2023, Clair attempted to pay Plaintiff at half the agreed rate, in violation of the contract (Exhibit H).

21. On April 29, 2023, Plaintiff resigned from the Anuel AA engagement due to unsafe working conditions, including a drunk employee, and Clair's refusal to pay full compensation. Plaintiff continued working through that date to avoid disrupting the tour.

22. On April 30, 2023, Fabian Giordano of Clair issued a threatening email stating:

**« You are fucking with the wrong guy. Good luck.» (Exhibit I)**

23. On the same day, Don Muzquiz indicated a willingness to rehire Plaintiff but referenced Clair's control over engagements, stating:

« Do you not want to go through Clair?» (Exhibit J)

**E. Defendant's Knowledge and Interference**

24. On May 2, 2023, Robert« Koz» Kosloskie was emailed and provided knowledge of Plaintiff's professional engagements (Exhibit K).

25. On May 2, 2023, Nickelback sent an onboarding email for the« Get Rolling Tour» (Exhibit L).

26. On May 3, 2023, Plaintiff issued an invoice for Anuel AA services totaling $25,410.57, of which $20,000 remains unpaid (Exhibits C, M).

27. On May 4, 2023, Clair explicitly refused to remit payment (Exhibit N).

28. On May 5, 2023, Plaintiff received a Cease and Desist letter from Lindsey Cook (Exhibit O).

29. On June 1, 2023, Don Muzquiz confirmed that Clair blocked or prevented Plaintiff from working on future projects (Exhibit P).

**F. Summary of Documented Economic Damages**

30. Plaintiff has suffered identifiable economic losses:

| Category | Amount (USD) |
|---|---|
| Lost Touring Income – Alanis Morissette Tour (Exhibit A) | $139,650 |
| Lost Touring Income – Nickelback Tour (Exhibit B) | $50,050 |
| Invoice – Anuel AA Engagement (Exhibit C) | $20,000 |
| **Total Documented Economic Loss** | $209,700 |

31. These amounts do not include prejudgment interest, litigation costs, or future damages reasonably expected due to Clair's interference.

## V. CLAIMS FOR RELIEF

### COUNT I – TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE

32. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

33. Clair knowingly interfered with Plaintiff's prospective professional relationships, including Alanis Morissette, Nickelback, and Anuel AA, through threats, coercion, and partial payment refusal.

34. These actions directly caused lost engagements and income as documented.

### COUNT II – TORTIOUS INTERFERENCE WITH CONTRACT

35. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

36. Plaintiff had contractual or near-contractual relationships with Clair clients, and Clair interfered by refusing payment and controlling engagement channels.

37. Clair's actions were intentional, wrongful, and without justification.

## COUNT III – PRIMA FACIE TORT

38. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

39. Clair intentionally inflicted economic harm with malice, as evidenced by threats, partial payment refusal, and other coercive conduct (Exhibits H, I, O).

## COUNT IV – QUANTUM MERUIT / UNPAID COMPENSATION

40. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

41. Clair owes $20,000 for services performed on the Anuel AA tour. Refusal to pay constitutes unjust enrichment and breach of right to compensation (Exhibits C, M, N).

## COUNT V – ACCOUNT STATED

42. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

43. Clair received and partially paid Plaintiff's invoice but refused to remit the remaining $20,000 despite demand (Exhibit N).

## COUNT VI – NEW YORK LABOR LAW – FAILURE TO PAY WAGES

44. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

45. Clair's non-payment constitutes a violation of NYLL §§191, 198. Plaintiff pleads alternatively or under supplemental jurisdiction as an independent contractor.

## COUNT VII – TORTIOUS INTERFERENCE WITH FUTURE EARNING CAPACITY

46. Plaintiff repeats and realleges each preceding paragraph as if fully set forth herein.

47. The foregoing allegations regarding Plaintiff's reasonable expectation of future earnings, Clair Global's intentional interference, and resulting damages are supported by documentary evidence attached hereto as Exhibits A through P. These exhibits include communications with clients and Clair personnel, invoices and confirmations of payment owed, and other materials demonstrating both the existence of Plaintiff's professional pipeline and Clair Global's deliberate actions to disrupt it. Although Plaintiff voluntarily resigned from the Anuel AA tour on April 29, 2023, he remained available for other Clair projects and client opportunities, and Clair Global's interference directly impacted those potential engagements.

48. Based on Plaintiff's historical earnings with Clair Global clients, repeated engagement on prior tours, and the industry-standard expectation that personnel are rehired for subsequent projects, Plaintiff had a reasonable expectation of continued future income from similar work.

49. Despite Plaintiff's limited resignation from the Anuel AA tour, Clair Global intentionally took actions to prevent Plaintiff from independently securing future work on other tours and projects. These actions included communications with clients and internal directives that directly disrupted Plaintiff's established pipeline of professional engagements.

50. Clair Global, through its employees and agents, including Fabian Giordano, engaged in conduct intended to block Plaintiff's independent work opportunities, as evidenced by communications such as Exhibit I stating,„ You are fucking with the wrong guy. Good luck.„ These statements, in context with Clair Global's other interference, demonstrate intentional malice and the use of improper means.

51. As a direct and proximate result of Clair Global's actions, Plaintiff has suffered loss of prospective earnings and economic opportunities, which are measurable, reasonably expected, and non-speculative.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment in his favor and award:

- Compensatory damages for past economic losses in excess of **$209,700**
- Damages for **loss of future earning capacity and future touring income**, in an amount to be determined at trial but reasonably believed to exceed **$250,000**
- Liquidated damages under New York Labor Law, if applicable
- Pre-judgment and post-judgment interest pursuant to 28 U.S.C. §1961 and New York law
- Costs, disbursements, and any other relief the Court deems just and proper

## VII. VERIFICATION

I, Michael Brylinski, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that:

1. I am the Plaintiff in this action.

2. I have reviewed the foregoing Amended Complaint.

3. The factual allegations contained therein are true and correct to the best of my knowledge, information, and belief.

4. The exhibits attached are true and correct copies of the documents they purport to be.

Executed on: March 20 2026
Buffalo, New York

**Michael Brylinski**
Plaintiff, Pro Se
mikebrylinski@mac.com , 716 435 7202

## VII. EXHIBITS TABLE

| Ex | Description | Evidentiary Significance | Relevant Paragraphs |
|---|---|---|---|
| A | Alanis Morissette lost touring income | Supports lost income damages | ¶17, ¶30 |
| B | Nickelback lost touring income | Supports lost income damages | ¶17, ¶30 |
| C | Anuel AA invoice, $20,000 unpaid | Supports unpaid compensation, Account Stated, NYLL | ¶26–27, ¶41, ¶43, ¶51 |
| D | Independent Contractor Agreement & Clair confirmation letter | Supports contractual relationship | ¶15–16 |
| E | Robert Koz compliment email | Supports positive work history | ¶24 |
| F | Emails with Don Muzquiz & Laura Strayer | Supports positive work history | ¶17 |
| G | Communication issues with Leon | Shows interference by Clair | ¶18 |
| H | Email from Colleen Shriener – attempted partial payment | Supports retaliation and unpaid compensation | ¶20 |
| I | Fabian Giordano threatening email | Supports retaliatory conduct | ¶22, ¶50 |
| J | Email from Don Muzquiz rehire intent | Supports prospective relationships and interference | ¶23, ¶49 |
| K | Email to« Koz» showing Clair knowledge | Supports Defendant's knowledge | ¶24 |
| L | Nickelback onboarding email | Supports prospective relationships | ¶25 |
| M | Sent invoice for Anuel AA | Supports unpaid compensation | ¶26, ¶27 |
| N | Clair refusal to pay remaining $20,000 | Supports Account Stated and NYLL claims | ¶27, ¶43, ¶51 |
| O | Lindsey Cook Cease and Desist Letter | Supports Defendant's harassment/ retaliation | ¶28, ¶50 |
| P | Don Muzquiz email confirming Clair blocked/prevented work | Supports interference claims | ¶29, ¶50 |
| Q | Chronological Timeline of Events | | |

## VIII. EXHIBIT Q – CHRONOLOGICAL TIMELINE OF EVENTS

| Date | Event | Relevant Paragraph(s) |
|---|---|---|
| May 22, 2022 | Plaintiff signs Independent Contractor Agreement with Clair | IV.B ¶14 |
| May 27, 2022 | Clair confirms Plaintiff's role; acknowledges critical attendance | IV.B ¶15–16; I ¶4 |
| June 4, 2022 | Alanis Europe 2022 Tour | IV.C ¶17 |
| August 19, 2022 | Seventeen Tour – Pro Tools Operator | IV.C ¶17 |
| October 12, 2022 | Positive correspondence with Don Muzquiz & Laura Strayer | IV.C ¶17 |
| December 10, 2022 | Phil Lesh Show – Pro Tools Operator, Asheville, NC | IV.C ¶17 |
| February 15, 2023 | Miscommunication with Leon Hopkins | IV.D ¶18; IV.D ¶18 |
| March 13, 2023 | Nickelback Engagement – Junos / Good Morning America | IV.C ¶17 |
| April 25, 2023 | Anuel AA Tour begins in Orlando, FL | IV.D ¶19 |
| April 27, 2023 | Clair attempts partial payment in violation of terms | IV.D ¶20; V.IV ¶41; V.VI ¶45 |
| April 29, 2023 | Plaintiff resigns from Anuel AA engagement due to unsafe conditions | IV.D ¶21 |
| April 30, 2023 | Threatening email from Fabian Giordano | IV.D ¶22; V.III ¶50 |
| April 30, 2023 | Don Muzquiz indicates willingness to rehire, references Clair | IV.D ¶23; IV.E ¶49 |
| May 2, 2023 | Robert„ Koz„ confirms Clair knew of Plaintiff's engagements | IV.E ¶24; V.VII ¶47 |
| May 2, 2023 | Nickelback onboarding email | IV.E ¶25; V.VII ¶47 |
| May 3, 2023 | Plaintiff issues Anuel AA invoice | IV.E ¶26; V.IV ¶41; V.V ¶43 |
| May 4, 2023 | Clair refuses remaining payment | IV.E ¶27–28; V.IV ¶41; V.V ¶43; V.VI ¶45; V.VII ¶51 |
| May 5, 2023 | Plaintiff receives Cease and Desist letter | IV.E ¶28; V.III ¶50 |
| June 1, 2023 | Don Muzquiz confirms Clair blocked/ prevented Plaintiff from working | IV.E ¶29; V.VII ¶50 |

# EXHIBIT A

**EXHIBIT A – Lost Touring Compensation**

**Alanis Morissette – April 2023 to Present**

**Assumptions:**

- Domestic Weekly Pay: $3,500 + $350 PD = $3,850
- International Weekly Pay: $3,500 + $525 PD = $4,025
- One weekly payment per week of shows
- Prep/Travel weeks counted as full week

## 1. Summary Table (Single-Page)

| Year | Weeks | Description | Weekly Pay | PD | Weekly Total | Annual Total | Cumulative Total |
|---|---|---|---|---|---|---|---|
| 2023 | 8 | Domestic Touring Weeks | 3,500 | 350 | 3,850 | 30,800 | 30,800 |
| 2024 | 1 | Prep Week before Triple Moon Tour | 3,500 | 350 | 3,850 | 3,850 | 34,650 |
| 2024 | 11 | Triple Moon Tour (Domestic) | 3,500 | 350 | 3,850 | 42,350 | 77,000 |
| 2025 | 10 | Domestic Shows & Festivals | 3,500 | 350 | 3,850 | 38,500 | 115,500 |
| 2025 | 3 | International Shows | 3,500 | 525 | 4,025 | 12,075 | 127,575 |
| 2026 | 3 | International Prep & Shows | 3,500 | 525 | 4,025 | 12,075 | 139,650 |

**Grand Total – 36 Weeks:** $139,650

# EXHIBIT A

## 2. Detailed Week-by-Week Breakdown

### 2023 – Missed Touring Weeks (Domestic)

| Week | Dates | City/Venue | Weekly Pay | PD | Weekly Total | Running Loss |
|---|---|---|---|---|---|---|
| 1 | May 27 | Boston, MA – Boston Calling Festival | 3,500 | 350 | 3,850 | 3,850 |
| 2 | Jun 10 | Toronto, ON – RBC Canadian Open Concert | 3,500 | 350 | 3,850 | 7,700 |
| 3 | Jun 22 | Newark, NJ – Prudential Center | 3,500 | 350 | 3,850 | 11,550 |
| 4 | Jul 29 | Yuzawa, Japan – Fuji Rock Festival | 3,500 | 350 | 3,850 | 15,400 |
| 5 | Aug 1 | Manila, PH – Mall of Asia Arena | 3,500 | 350 | 3,850 | 19,250 |
| 6 | Aug 8 | Manila, PH – Mall of Asia Arena | 3,500 | 350 | 3,850 | 23,100 |
| 7 | Aug 13 | Springfield, IL – Illinois State Fair | 3,500 | 350 | 3,850 | 26,950 |
| 8 | Aug 20 | Prep/Rehearsal | 3,500 | 350 | 3,850 | 30,800 |

### 2024 – Pre-Triple Moon Prep + Triple Moon Tour (Domestic)

| Week | Dates | Shows in Week | Weekly Pay | PD | Weekly Total | Running Loss |
|---|---|---|---|---|---|---|
| 9 | May 20–26 | Prep / Travel Week | 3,500 | 350 | 3,850 | 34,650 |
| 10 | Jun 9–15 | Phoenix, AZ / Austin, TX / Dallas, TX | 3,500 | 350 | 3,850 | 38,500 |
| 11 | Jun 16–22 | The Woodlands, TX / Tampa, FL / West Palm Beach, FL | 3,500 | 350 | 3,850 | 42,350 |
| 12 | Jun 23–29 | Alpharetta, GA / Nashville, TN / Charlotte, NC / Raleigh, NC | 3,500 | 350 | 3,850 | 46,200 |
| 13 | Jun 30–Jul 6 | Columbia, MD / Camden, NJ / Holmdel, NJ | 3,500 | 350 | 3,850 | 50,050 |
| 14 | Jul 7–13 | Bethel, NY / Hartford, CT / Mansfield, MA / Wantagh, NY | 3,500 | 350 | 3,850 | 53,900 |

**EXHIBIT A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Jul 14–20 | Toronto, ON / Clarkston, MI / Cuyahoga Falls, OH | 3,500 | 350 | 3,850 | 57,750 |
| 16 | Jul 21–27 | Maryland Heights, MO / Cincinnati, OH / Noblesville, IN / Ruoff Music Center | 3,500 | 350 | 3,850 | 61,600 |
| 17 | Jul 28–Aug 3 | Milwaukee, WI / Denver, CO / Salt Lake City, UT / Auburn, WA | 3,500 | 350 | 3,850 | 65,450 |
| 18 | Aug 4–10 | Portland, OR / Mountain View, CA / Palm Springs, CA | 3,500 | 350 | 3,850 | 69,300 |
| 19 | Aug 11–17 | Inglewood, CA / Shoreline Amphitheatre / Acrisure Arena | 3,500 | 350 | 3,850 | 73,150 |
| 20 | Aug 18–24 | Final week Triple Moon – Bethel / Ruoff / miscellaneous | 3,500 | 350 | 3,850 | 77,000 |

**2025 – Domestic & International Shows**

| Week | Dates | Shows in Week | Weekly Pay | PD | Weekly Total | Running Loss |
|---|---|---|---|---|---|---|
| 21 | Feb 1–7 | Las Vegas, NV – Caesars Palace | 3,500 | 350 | 3,850 | 80,850 |
| 22 | Mar 1–7 | Cavendish, PE – Sommo Festival (International) | 3,500 | 525 | 4,025 | 84,875 |
| 23 | Apr 10–16 | NY/Boston/Philadelphia | 3,500 | 350 | 3,850 | 88,725 |
| 24 | May 1–7 | Chicago / Detroit / Toronto | 3,500 | 350 | 3,850 | 92,575 |
| 25 | Jun 10–14 | LA / SF / Seattle | 3,500 | 350 | 3,850 | 96,425 |
| 26 | Jul 1–7 | London / Manchester / Glasgow (International) | 3,500 | 525 | 4,025 | 100,450 |
| 27 | Aug 1–7 | Las Vegas, NV | 3,500 | 350 | 3,850 | 104,300 |
| 28 | Sep 1–7 | Miami / Orlando / Atlanta | 3,500 | 350 | 3,850 | 108,150 |
| 29 | Oct 1–7 | Las Vegas, NV | 3,500 | 350 | 3,850 | 112,000 |
| 30 | Nov 1–7 | NY / Boston / Philadelphia | 3,500 | 350 | 3,850 | 115,850 |
| 31 | Dec 1–7 | LA / SF / Seattle | 3,500 | 350 | 3,850 | 119,700 |

**EXHIBIT A**

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | Dec 10–14 | London / Manchester / Glasgow (International) | 3,500 | 525 | 4,025 | 123,725 |
| 33 | Dec 20–24 | Las Vegas, NV | 3,500 | 350 | 3,850 | 127,575 |

**2026 – International Prep & Shows**

| Week | Dates | Shows in Week | Weekly Pay | PD | Weekly Total | Running Loss |
|---|---|---|---|---|---|---|
| 34 | Apr 27–May 3 | Prep / Travel / Rehearsal | 3,500 | 525 | 4,025 | 131,600 |
| 35 | May 4–10 | London, UK – O2 Arena | 3,500 | 525 | 4,025 | 135,625 |
| 36 | May 11–17 | Manchester / Birmingham | 3,500 | 525 | 4,025 | 139,650 |

**Total Lost Touring Compensation:** $139,650

**EXHIBIT B**

**Nickelback Summer 2023 Lost Income ( Get Rollin' Tour)**

| Week | Dates | Cities / Shows | Base Pay | Per Diem ($50/day) | Weekly Loss | Running Loss |
|---|---|---|---|---|---|---|
| 1 | June 5 – June 11 | Prep, Rehearse & travel week | $3,500 | $350 | $3,850 | $3,850 |
| 2 | June 12 – June 18 | Québec City; Montreal; Grand Rapids; Bloomington | 3,500 | 350 | 3,850 | 7,700 |
| 3 | June 19 – June 25 | Winnipeg; Saskatoon; Edmonton; Calgary | 3,500 | 350 | 3,850 | 11,550 |
| 4 | June 26 – July 2 | Vancouver; Auburn; Ridgefield | 3,500 | 350 | 3,850 | 15,400 |
| 5 | July 3 – July 9 | Salt Lake City; Wheatland; Mountain View | 3,500 | 350 | 3,850 | 19,250 |
| 6 | July 10 – July 16 | Phoenix; Los Angeles; Las Vegas | 3,500 | 350 | 3,850 | 23,100 |
| 7 | July 17 – July 23 | Denver; Rogers; Dallas; Woodlands | 3,500 | 350 | 3,850 | 26,950 |
| 8 | July 24 – July 30 | Tampa; Alpharetta | 3,500 | 350 | 3,850 | 30,800 |
| 9 | July 31 – Aug 6 | Nashville; St. Louis; Milwaukee | 3,500 | 350 | 3,850 | 34,650 |
| 10 | Aug 7 – Aug 13 | St. Paul; Cuyahoga Falls; Oro-Medonte; Clarkston | 3,500 | 350 | 3,850 | 38,500 |
| 11 | Aug 14 – Aug 20 | Darien Center; Tinley Park; Noblesville | 3,500 | 350 | 3,850 | 42,350 |
| 12 | Aug 21 – Aug 27 | Mansfield; Bangor; Bristow; Hershey | 3,500 | 350 | 3,850 | 46,200 |
| 13 | Aug 28 – Sept 3 | Belmont Park | 3,500 | 350 | 3,850 | **50,050** |

**Base Pay**

- 13 weeks × $3,500 = **$45,500**

**Per Diem**

- 13 weeks × $350 = **$4,550**

## Total Lost Income

**$50,050**

**EXHIBIT C**

# MIKE BRYLINSKI

INVOICE #625

**Wednesday, 3 May 2023**

mikebrylinski@mac.com

**Attention: Colleen Shreiner**

Clair Global

1 Ellen Dr, Lititz, PA 17543

cgcsubs@clairglobal.com

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| **BRYLINSKI DAY RATE** Anuel AA RF 4.24-5.2 | 9 | $500 | $4500 |
| US PD | 9 | $50 | $450 |
| | | | |
| **EXPENSES NON TAXABLE** | | | |
| Bag Fee Lancaster > MIA | | | $30 |
| UBER to Miami Hotel | | | $38.76 |
| Delta Flight MIA > BUF | | | $183.20 |
| Delta Bag Fee | | | $30 |
| Bag Fee Delta Home 2 Bags Overweight Fee | | | $140.00 |
| Hotel Extension Miami | | | $387.59 |
| | | | |
| **Working a show AFTER I quit at load in.** | | | **$20,000.00** |
| | | | |
| | | | |
| | | **TOTAL** | **$25,410.57** |

**EXHIBIT D**

CLAIR

BOLDLY ADVANCING THE ENTERTAINMENT EXPERIENCE

To: Whom it may concern May 27, 2022

**RE: PASSPORT EXPEDITE REQUEST - Mr. Michael Brylinski**

Clair Global provides audio equipment and personnel to the Concert Touring industry worldwide.

Michael Francis Brylinski is a Contract Employee for Clair Global and will be working out of the USA departing June 4, '22 to Copenhagen Denmark for the month of June and will return June '30, '22 from London, Great Britain which concludes the European tour. The second document, an email print out confirms that travel has been purchased round trip for Mr. Brylinski in advance.

**Reason of Travel:** Clair Global is providing state of the art audio equipment for the Alanis Morissette tour within the dates above and Mr. Brylinski will be the Company lead Audio Technician and will be traveling exclusively on behalf of Clair Global. His attendance on this tour is critical and essential to the success of the project as he has unique knowledge of our proprietary audio equipment.

Please feel free to contact us with any questions if we can further help,

Leon Hopkins

Leon Hopkins
Clair Road Staff Manager
214-850-0981

lhopkins@clairglobal.com

# EXHIBIT E

RK Robert Kosloskie
Alanis Morissette Continued
To: Mike Brylinski, Cc: Paul Newman, Leon Hopkins, Dave Coyle

2 August 2022 at 15:47
Details

Siri Found a Contact
Robert Kosloskie
koz@clairglobal.com
Add

Hi Mike,
Hope all is well for you today.
First let me say ,Thank you for coming out on the tour and jumping in to new waters.
I appreciate you being there for us and what you do.
Production says you do great work.

We spoke previously about some after tour one offs.
I have spoken to Alanis PM Don Muzquiz, and He has approved us billing for and paying you for a for a full week for ea. of the segments below.
Keep it under your hat as the same offer doesn't apply to anyone else.
I would need you to commit to the duration.
We would bring in an additional stage tech to assist as well as a Systems tech to interface to the provided PA system.
They, (other audio techs) would come in per gig and probably not be the same person/s every time.

Here are the segments:

# EXHIBIT F

MB **Mike Brylinski** 10/12/22
To: Laura, Don >

**Thank you**

Hi Laura and Don,

As this winds down I just wanted to thank you for having me out on this run. It's amazing to be living my purpose again ✌️

Its been a pleasure to work with talented folks like you 🙏 I hope we get to work together again soon!

Sent from my iPhone

Found in iCloud Inbox

DM **Don Muzquiz** 10/12/22
To: Mike Cc: Laura >

Mike,
Thanks for the message.
So glad that you were able to be with us through the entire tour and spot dates.
You have done a great job of handling the challenges and keeping things consistent in audio world.
When it comes down to it we have always been able to rely on you.
Thanks for that and for all your hard work this year.
We will see you on the next one and I hope that we get to this whole thing again.
Cheers!
Don

# EXHIBIT G

**Mike Brylinski** 15 February 2023 at 04:49
Re: Nickelback Welcome back and introduction
To: Leon Hopkins

Leon,

We need to work on on our communication. I understand how the business works. However Ive been waiting around for 2+ months for work, then I was given incorrect details. 2 weeks of work is different than 6. Depending on the governing state law, that would be considered an "implied contract". I need better details on upcoming projects, this constant " we are working on it" is giving me anxiety. I appreciate the work from Clair however a boundary is being crossed.

I ended the lease on my apartment on 5/1 based on our conservation of touring with Nickelback for 6 weeks. I was told I would be working March 18 - May 2. Now I have to find a new place to live and only have 2 weeks of work.

See More from Leon Hopkins

---

**Leon Hopkins** 15 February 2023 at 06:12
Re: Nickelback Welcome back and introduction
To: Mike Brylinski

I think you should call me. I don't understand where there was miscommunication, but let's discuss

Leon HopkinsI Road Staff Manager
Clair Global I Texas
Cell: 214.850.0981

See More from Mike Brylinski

---

**Leon Hopkins** 15 February 2023 at 18:56
RE: Nickelback Welcome back and introduction
To: Mike Brylinski

Call if you can, I have time to discuss

Leon HopkinsI Road Staff Manager
Clair Global I Texas
Cell: 214.850.0981

# EXHIBIT H

CS Colleen Shreiner
RE: Clair 4.23.23
To: Mike Brylinski

27 April 2023 at 17:54

Siri Found a Contact
Colleen Shreiner
colleenshreiner@clairglobal.com
Add

Hi Mike,
I would be happy to help you out. I just need you to revise your invoice. Your prep is half rate @ $250 and the PD is $40/day. Send it back to me when at your earliest convenience. Thank you!

Be well,
Colleen Shreiner
Personnel Payment Coordinator
CLAIR Global I Lititz
P: 717.626.4000

See More from Mike Brylinski

Found in Sent – iCloud Mailbox

MB Mike Brylinski
Re: Clair 4.23.23
To: Leon Hopkins, Cc: Colleen Shreiner

28 April 2023 at 14:34
Details

I'm not angry, it just seems you are undervaluing me. Sorry today is not a good day for calls.

I provide a service and if you cannot afford to pay AND pay me in a timely manner this relationship will not work.

Im pulling a lot of weight out here. I expected to get paid today instead I get this issue. Im also working 20 hours a day.

Ill do $40/day in PD but I will not accept anything but my full day rate ($500/day).

If that's agreeable please submit the payment for my last invoice ASAP. If not, I ask to be flown home. I don't work for free.

Sent from my iPhone

# EXHIBIT I

Found in Sent – iCloud Mailbox

**Mike Brylinski** — 30 April 2023 at 11:40
Re: IEM combiner failure
To: Fabian Giordano, Cc: Kyle Keener, Josh de Jong, Michael Robertson, Trevor Stull
Details

Fabian you seem to be very ignorant as to what is happening. They keep adding stuff at the last minute. You will see the chaos. This was one of the worst tours I've been out on in 15 years of working.

And after all that hassle production has 100 people on stage left.

After you see the chaos you will understand why I resigned, especially after you wanted to pay me 1/2 my rate.

Sent from my iPhone

See More from Fabian Giordano

---

Found in Inbox – iCloud Mailbox

**Fabian Giordano** — 30 April 2023 at 13:35
Re: IEM combiner failure
To: Mike Brylinski, Cc: Kyle Keener, Josh de Jong, Michael Robertson, Trevor Stull
Details

Siri Found a Contact
Fabian Giordano
fgiordano@clairglobal.com
Add

Mike,

You have called me out of control, you have threatened me if I did not pay you 15,000 dollars, you resigned at that moment, you have also discriminated against me, luckily I have the conversation recorded and I have sent it to my lawyer.
You are fucking with the wrong guy.
Good luck

Fabian Giordano
Director of Latin Department
CLAIR Global - Lititz
Cel :+17176174993
Office: 7176264000 ext 1277

See More from Mike Brylinski

---

**Mike Brylinski** — 30 April 2023 at 16:13
Re: IEM combiner failure
To: Fabian Giordano, Leon Hopkins, Cc: Kyle Keener, Josh de Jong, Michael Robertson, Trevor Stull
Details

You have an employee drunk flying PA. No one can has done anything to resolve.

Cool, have your lawyer call me ✌ My attorney is currently researching your negligence.

I could have left after loading in but I stayed so the show could go on. And now you are threatening me with a lawyer?

Let's be clear, it was not a threat.
I quit and said if you want me to stay and help it will be $15,000. See image below:

Sent from my iPhone

**EXHIBIT J**

Found in iCloud Inbox

Don Muzquiz 4/30/23
To: Mike Brylinski >

**Re: Alanis gigs**

Mike,
We would love to have you back.
We've got to get through this first run with the current tech.

Do you not want to go through Clair?

See More

# EXHIBIT K

Recovered Mes... TO Robert Kosloskie

MB Mike Brylinski
Alanis gigs
To: Robert Kosloskie, Leon Hopkins

2 May 2023 at 17:23

Koz,

[redacted]. Alanis' monitor engineer requested me to work from them on this summer's gigs.
I need to know the vibe with Clair before I commit to Alanis.

I sent Leon an email with a proposed solution. I consider the Alanis camp like my family.

Speak with Leon. Please address this as soon as possible.

I hope we can find an amicable solution and work together in the future ✌

Best
Mike

Sent from my iPhone

Mike Brylinski

# <u>EXHIBIT L</u>

IW **Iowa Wong**
Nickelback: Personnel Form (Audio Wireless Tech)
To: Mike Brylinski

2 May 2023 at 02:50

Siri Found a Contact
Iowa Wong
iowawong@mac.com
Add

Hi Mike,

Below is the personnel form (attached / link) for the folks joining the tour that I need filled out.

Link: https://forms.gle/jDcEyQqm5ig7CJP67

**OR**

Form:

PDF
2023
Nickelb...rm.pdf

Please remember to email me a colored scan of your passport with the signed signature page.

A little about me: I love all types of food. Feel free to share pictures of your furbabies with me as I love cats and dogs. My aim in life is to pet a sloth as I already reached my goal of hugging a koala bear.

Feel free to call or email me at anytime if you have questions.

Thank you,

**Iowa Wong**
**Nickelback - 2023 Production Coordinator**
iowawong@mac.com
**Cell: +1-818-326-5241**

## 2023 Nickelback Personnel Form

Please fill in as much information as possible.
This information will be kept strictly confidential by the tour.
Please email a color scan of your passport (with signed signature page showing) to iowawong@mac.com.

mikebrylinski38@gmail.com Switch account
Not shared

First Name
Your answer

Middle Name
Your answer

Last Name
Your answer

Nickname
Your answer

Position on this tour
Your answer

**EXHIBIT M**

# MIKE BRYLINSKI

INVOICE #625

**Wednesday, 3 May 2023**

mikebrylinski@mac.com

**Attention: Colleen Shreiner**

Clair Global

1 Ellen Dr, Lititz, PA 17543

cgcsubs@clairglobal.com

| Description | Quantity | Unit Price | Total |
|---|---|---|---|
| **BRYLINSKI DAY RATE** Anuel AA RF 4.24-5.2 | 9 | $500 | $4500 |
| US PD | 9 | $50 | $450 |
| | | | |
| **EXPENSES NON TAXABLE** | | | |
| Bag Fee Lancaster > MIA | | | $30 |
| UBER to Miami Hotel | | | $38.76 |
| Delta Flight MIA > BUF | | | $183.20 |
| Delta Bag Fee | | | $30 |
| Bag Fee Delta Home 2 Bags Overweight Fee | | | $140.00 |
| Hotel Extension Miami | | | $387.59 |
| | | | |
| **Working a show AFTER I quit at load in.** | | | **$20,000.00** |
| | | | |
| | | **TOTAL** | **$25,410.57** |

# EXHIBIT N

MF Mary Falardeau
RE: Brylinski FINAL INVOICE
To: Mike Brylinski, Cc: Leon Hopkins

4 May 2023 at 17:42

Details

Siri Found a Contact
Mary Falardeau
mfalardeau@clairglobal.com

Add

Hi Mike,
We will pay a total of $5759.55 on our next payroll run. This is the total of your labor, per diem and expenses from the attached invoice.
This payment will be in your account on 5/17/2023.
My best,
Mary

Mary Falardeau I Director-Corporate Services
CLAIR Global I Lititz
p: +1 717 626 4000 I d: +1 717 625 3608 I c: +1 917 864 1420
e: mfalardeau@clairglobal.com

This email and any attachments may contain privileged and confidential information and are solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

# EXHIBIT O

**Barley Snyder**
ATTORNEYS AT LAW

126 EAST KING STREET
LANCASTER, PA 17602
TEL (717) 299-5201 FAX (717) 291-4660
WWW.BARLEY.COM

Lindsey M. Cook, Esquire
Direct Dial Number: (717) 399-2160
E-mail: lcook@barley.com

May 5, 2023

VIA EMAIL, CERTIFIED MAIL, AND FIRST CLASS MAIL
Mike Brylinski
34 Kauderer Place
Buffalo, NY 14224

**NOTICE TO CEASE AND DESIST**

Re: **CLAIR Global Corp.**

Dear Mr. Brylinski:

Please be advised that our firm represents CLAIR Global Corp.

It is my understanding that since April 29, 2023, you have engaged in extremely troubling conduct designed to harass and intimidate the employees of CLAIR. Specifically, you have repeatedly contacted the staff making threatening comments, sometime late into the evening. Please be advised that this conduct may constitute a crime under Section 2709 of the Pennsylvania Crimes Code, 18 P.S. § 2709. This **CEASE AND DESIST ORDER** is to notify you that your abusive and threatening communications directed at our client are not welcomed and will not be tolerated any longer.

This **CEASE AND DESIST ORDER** demands that you immediately stop and at no point in the future under any circumstances do any of the following: contact in any manner, speak to, pursue, harass, threaten, telephone (via cellular or landline), instant message, page, fax, email, text, or otherwise contact my client. Please understand that if we cannot have your full cooperation, all available legal remedies will be pursued, including notification of law enforcement so that so that criminal charges may be pursued if necessary.

I understand you have also threatened to make false statements to damage CLAIR's business relationships. A party can be civilly liable under the doctrine of tortious interference when he takes action intended to harm another by interfering with that contractual relationship. *Walnut St. Assocs., Inc. v. Brokerage Concepts, Inc.*, A.2d 94, 98 (Pa. Super. 2009), *aff'd*, 20 A.3d 468 (Pa. 2011). Should CLAIR lose any business due to your conduct, it would be able to recover all lost profits and other damages from you individually.

Our client has a right to be free from your harassment and will pursue legal remedies available to it if your course of conduct continues. These remedies include but are not limited to:





contacting law enforcement to obtain criminal sanctions against you, obtaining a restraining order against you, and suing you civilly for damages that our client has incurred as a result of your actions. This letter is intended as a final warning. Should you willfully choose to continue your current course of action, our client has authorized us to pursue the legal actions described above.

Sincerely,

Lindsey M. Cook

# EXHIBIT P

Found in iCloud Inbox

DM **Don Muzquiz** 6/1/23
To: Mike Brylinski >

## Re: Alanis gigs

Hi Mike,
Man, it is a tough thing right now.
I looked into it a while back when we talked.
Unfortunately It would not be easy for us to hire outside of the Clair contract.
We will have to stick with the crew we are given for now.
I hope something else will work out eventually.
Don